UNITED STATES DISTRICT COURT, SOUTHERN DICTRICT OF NEW YORK

JOHN PETEREC TOLINO

        Plaintiff                JURY TRIAL DEMAND

  -against—                VERIFIED COMPLAINT

PENNROSE, LLC;/

PENNROSE DEVELOPMENT, LLC;

RISEBORO COMMUNITY PARTNERSHIP,

HABITAT FOR HUMANITY- NEW YORK CITY.

Defendants:-- (In their Official & Individual Capacities & Respondeat Superior).

1)-I, John Peterec-Tolino am the Claimant in this action and have full standing to pursue such, as my reasons for such, impact the entire citizenry.

2)-Defendants: Pennrose, LLC; Pennrose Development, LLC; are headquartered at: 1301 N. 31st Street Philadelphia Pa; 19121 Phone #: (267) 386-8643. They have a satellite office within the City of New York located at: 45 Main Street Suite 539, Brooklyn N.Y. 11201. They specialize in developing real estate property for low-income residents.

1

The City of New York and it's Department of Housing & Preservation have chosen this LLC to develop a project called 'Haven Green" onto the land that encompasses the 'Elizabeth Street Garden' which is owned by the City of New York located just above 'Little Italy'.

3)-Defendant Riseboro Community Partnership is also involved with this 'Haven Green' Project coordinated with the City of New York's Dep't of Housing & Development. They are located at: 555 Bushwick Avenue, Bushwick, N.Y. 11206. Their contact phone number is: (718) 821-0254. It is a non-profit, having 501(c)(3) status.

4)-Defendant: Habitat for Humanity- New York is also involved in coordinating the 'Haven Green' Project. They also are a non-profit with 501 (c) (3) status. Their address is 111 John Street, New York, N.Y. 10038. Their phone contact number is: (212) 991-4000.

## STATEMENT OF FACTS

5)-Within the New York State Court system, a Petition involving Elizabeth Street Garden, Inc; v The City of New York, Dep't of Housing & Development has ran its course and the Elizabeth Street Garden, Inc; have until September 10th 2024 to leave. This is an utmost tragedy.

2

6)-The Elizabeth Street Garden is just that, a Garden and NOT a lot. Despite this, the City of New York in prior litigation, portrayed the garden as a lot, falsely, as a means to have the State Supreme Court wrongly recognize such for eviction purposes. This was un-Constitutional and a violation of Judiciary Law § 487.

7)-The City of New York's and Mayor Eric Adam's and Dep't of Housing & Preservation Commissioner Adolfo Carrion's objective is to tear down this Majestic Garden in favor of 123—Unit Affordable Rental Complex for senior citizens called: 'Haven Green' coordinated and done by these defendants herein.

8)-A Notice of Claim has been filed with the City of New York Comptroller to include The City of New York, Mayor Eric Adams and the Commissioner for the Department of Housing & Development, Adolfo Carrion.

9)-The defendants herein insist that this development be jammed down the throats of Community Board 2 which encompasses that area above 'Little Italy' despite enormous amounts of protestations which included film-maker & producer, Martin Scorsese, actor/film-maker Robert Dinero and Patti Smith.

10)-The City of New York has lost most of its amazing nostalgic character due to gentrification and the loss of open space as exemplified in those blogs and book called: "Vanishing New York".—Such is also exemplified in the fictional novel: "The Last Phone Booth on the Left in Brooklyn".

3

11)-Little Italy and SoHo make up to 23% of Community Board 2's population, of which contains the Elizabeth Street Garden. Yet, have only 3% of that District's open space. The area is a 'concrete jungle'. This, was known by these defendants.

12)-This plaintiff is aware of the housing shortage as a crisis in the city of New York. However, there are many alternate sites of City property that can be used for affordable housing that would not impact the public at large as choosing the Elizabeth Street Garden will absolutely be. Such alternate sites for affordable housing are the following: A)-388 Hudson Street, B)-21 Spring Street, C)-137 Centre Street, D)-2 Howard Street & E)-Site of 3 of SPURA—Delancey Street & Norfolk Street. This too was known by The City of New York, yet insist that the oasis haven of the Elizabeth Street Garden be disposed of, as if as some vendetta to the people who reside there ignoring their vehement opposition of such happening.

## MORE THAN JUST A GARDEN WITH GORGEOUS STATUTES

13)-The Elizabeth Street Garden is officially certified by The National Wildlife Foundation as to being a registered 'way-station' for the endangered Monarch Butterfly. Already documented by the Endangered Species Act as to being 'endangered', a sixty (60) day Notice to The Secretary of the Interior and The Secretary of Commerce as a requirement to enact a Petition to 'qualify as endangered' is not needed.

4

Nor is the same not needed for The Elizabeth Street Garden to be designated as a registered 'way-station' for the Monarch Butterfly as this has already been established.

14)-As such, the Elizabeth Street Garden qualifies as a Conservation Land Trust.

15)-Plaintiff, herein has first-hand knowledge of the decline of the majestic Monarch Butterfly as I breed them every year. This year was the worst on record as only two (2) Monarch caterpillars were found and I only saw 5 Monarch Butterflies the whole season.

16)-The Monarch Butterfly larva (caterpillars) live and eat exclusively on 'Milk Weed'.

17)-The Elizabeth Street Garden has numerous Milk Weed plants every year that thrive, which you can't find anywhere else in that neighborhood.

18)-The Elizabeth Street Garden has other plants that thrive there as well, the likes of flowers being: Roses, Zinnias, Marigold, Clover, Thistle and Golden Rod, etc; that the adult Monarch Butterfly feeds on from the nectar extracted from these flowers as do other pollinators, like honey bees who have had their own struggles over the years.

19)-Developing the Elizabeth Street Garden would be the death nel of the Monarch Butterfly in Manhattan The Monarch Butterfly is already as previously stated herein, is an 'endangered species'.

## THE ENDANGERED SPECIES ACT OF 1973

20)-The Endangered Species Act of 1973, 16 U.S.C. ch. 35 § 1531 et seq; was designed to protect critically imperiled species from extinction as a "consequence of economic growth and development untampered by adequate concern and conservation." The purposes of the ESA are two-fold: to prevent extinction and to recover species to the point where the law's protection is not needed.

21)-The U.S. Supreme Court found that "the plain intent of Congress enacting the ESA was to halt & reverse the trend toward species extinction, *whatever the cost.*"

22)-Via section 4 of the EPA, the Monarch Butterfly is endangered and as a result, critical habitat must be designated for a listed species.—The Elizabeth Street Garden has been designated as a critical habitat for the majestic Monarch Butterfly.

23)-Absent certain very limited situations of Section 10 of the EPA, it is illegal to "take" an endangered species, which is Section 9 of the EPA.—"Take" can mean kill, harm or harass, which is Section 3 of the EPA.

24)-These defendants herein would be in full violation of these sections of the Endangered Species Act of 1973 upon the Monarch Butterfly when they begin their development onto or within the Elizabeth Street Garden, when clearly, they have other alternate locations as options for such development as per The City of New York, close by & better suited.

25)-Due to all stated herein my Claims & Causes of Action are that these Defendants are in full violation of the Endangered Species Act of 1973 as a federal Cause of Action the moment the 'Haven Green' Project ensues. As such, an immediate stay to prevent any & all development must ensue, with all due respect.

26)-Arguments I have brought forth involving the Monarch Butterfly were not brought forth in the capacity that I have herein, in the prior State case in regards to issues of 'environmental impact review.' As such, defendants herein cannot argue issues of Res Judicata or me being 'collaterally estopped' from stating such herein.

27)-Within that Article § 78 Petition, Defendant: The City of New York & The Department of Housing and Development in both their submitted Uniform Land Use Review (ULURP) as well as their submitted City Environmental Quality Review Process (CEQRP) failed to provide anything of substance that would allow these violations of The Endangered Species Act of 1973 to not take effect regardless and not prevent developing the Elizabeth Street Garden. As such, the Endangered Species Act violation(s) takes into effect and overrides any defense via the Respondent's/Defendant's, that being the City of New York's and the Dep't of Housing & Development's submissions in that prior State Petition to successfully be used by these defendants herein.

28)-The Notice of Claim as per the ninety (90) day requirement is timely, as the Appellate Court's Decision was on June 18th, 2024 for that prior State action.

## RELIEF SOUGHT

29)-Claimant herein seeks relief that the 'Haven Green' construction project to be immediately stayed during this litigation and then permanently banned from being done within the Elizabeth Street Garden as well as any future development projects to be off limits with prejudice, as well as any & all evictions to be permanently rescinded. This would not burden the City of New York or the developers as there are many close by options aside from the Elizabeth Street Garden.

30))-They say "you can't fight City Hall", however, this fight must be won against City Hall and these defendants herein.

31)-This U.S. District Court is proper jurisdiction as this action is based upon a Federal law/statute that was enacted by the U.S. Congress.

Dated 9/3/2024                     Respectfully Submitted,

New York, N.Y.                     John Peterec-Tolino, Claimant, Pro se

*John Peterec-Tolino*

244 Fifth Avenue, Suite J-292

New York, N.Y. 10001

(917) 628-7300, otispdriftwood407@gmail.com

County of Sullivan
State of NY
The foregoing instrument was acknowledged before me this 3rd day of Sept. 2024 by
John Peterec
Name Of Person Seeking Acknowledgment
Karen P. Barclay
Notary Public
My Commission Expires 6/7/27

KAREN BARCLAY
Notary Public, State of New York
Registration NO. 01BA0009257
Qualified in Sullivan County
My Commission Expires June 7, 2027

9