UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PETEREC TOLINO,<br><br>  Plaintiff,<br><br>-against-<br><br>PENNROSE, LLC.; ET AL.,<br><br>  Defendants. | 24-CV-6911 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  September 18, 2024
       New York, New York

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                              Chief United States District Judge