UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. (S.D.N.Y.)

JOHN PETEREC-TOLINO

        Plaintiff,

                              **Case No. 24-CV-6911 (JGK)**

-against—                  **LETTER OF REQUEST**

PENNROSE, LLC; PENROSE DEVELOPMENT, LLC;

RISEBORO COMMUNITY PARTNERSHIP,

HABITAT FOR HUMANITY—NEW YORK CITY,

N.Y. CITY MAYOR, ERIC ADAMS, CITY OF NEW YORK

COMMISSIONER FOR HOUSING PRESERVATION &

DEVELOPMENT, ADOLFO CARRION, JR; FIRST

FIRST DEPUTY MAYOR FOR THE CITY OF NEW YORK,

MARIA TORRES-SPRINGER & THE CITY OF NEW YORK

        Defendants

--------------------------------------------------------------------------------

**RE: FURTHER ORDER OF SERVICE REQUEST VIA FEDERAL RULE OF CIVIL PROCEDURE 4(c)(3) UPON MUNIPAL DEFENDANTS NAMED IN THE AMENDED VERIFIED COMPLAINT & THE CITY OF NEW YORK AS WELL AS THE NON-MUNICIPAL DEFENDANTS PREVIOUSLY SO-ORDERED TO BE SERVED BY THE COURT,**

Plaintiff Pro se, John Peterec-Tolino herby thanks this Court for its 'Order of Service' dated October 17, 2024 and filed on the 18th. However, Plaintiff respectfully requests that all Municipal Defendants, those being Mayor Eric Adams, Commissioner for Housing & Development, Adolfo Carrion, Jr; & First Deputy Mayor for the City of New York, Maria Torres-Springer as well as the City of New York at the Corporation Counsel on Church Street New York, N.Y. to be ordered by the Court to all be served as per my Amended Verified Complaint submitted back on November 4th, 2024. Being the Amended Verified Complaint submitted to the Pro Se Office at 500 Pearl street back on November 4th supersedes and replaces fully the Original Verified Complaint, the previously ordered to be served non-municipal defendants those being: Penrose, LLC; Penrose Development, LLC; Riseboro Community Partnership & Habitat for Humanity— New York City at their stated addresses as through the U.S. Marshals Service, the Clerk of the Court would be further instructed to fill out U.S. Marshals Process Receipts and Return forms(USM-285 form) for these added Municipal Defendants & The City of New York in addition to the previously named non-Municipal Defendants in my Original Verified Complaint. This requires the Clerk of the Court to again further instruct to issue more Summonses and to deliver to the Marshal's Service all of the paperwork needed for the Marshal's Service to effect further service upon all these defendants.

**I thank this Court, The Clerk of the Court and the U.S. Marshal's Service.**

11/25/2024

Respectfully Submitted,

*John Peterec-Tolino* (signature)

John Peterec-Tolino Plaintiff, Pro Se

244 Fifth Avenue Apt. J-292,

New York, N.Y. 10001

(917) 628-7300    otispdriftwood407@gmail.com

3

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (S.D.N.Y.)

Re: John Peterec Tolino v Pennrose LLC; et al.    Case No. 24-CV-6911 (JGK)

**AFFIRMATION OF SERVICE**

Plaintiff Pro Se Affirms that defendants were served the attached 'Letter of Request.' For the record, there has been correspondences to me from some of their legal counsel. However, I haven't been sent any formal NOTICE OF APPEARANCE from any. Despite this, they were served electronically at the following: ntaylor@law.nyc.gov, DSegars@law.nyc,gov, KCooperman@cozen.com. james.bernard@hoganlovells.com, KFisher@cozen.com, GEisenberg@perkinscoie.com, creo@law.nyc.gov, daniel.whalen@hoganlovells.com, on Tuesday November, 26th, 2024.

Respectfully Submitted,

*John Peterec-Tolino*

244 Fifth Avenue Apt. J-292,

New York, N.Y. 10001

(917) 628-7300  otispdriftwood407@gmail.com