

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 6, 2024

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** Peterec-Tolino v. Pennrose LLC, et al.
1:24 cv 06911 (JGK)

Dear Judge Koeltl:

We represent defendant Habitat for Humanity in the above referenced matter and write on behalf of all defendants to seek a coordinated date, January 10, 2025, by which all defendants shall respond to the Amended Complaint in this matter.  I have corresponded with plaintiff in this matter, who is appearing pro se, and although he initially consented to this proposal, he has since communicated that he thinks it would be best to await service of his amended complaint and for defendants to acknowledge receipt of the same.  I informed plaintiff that all defendants now have a copy of the amended complaint, it was filed on the Court's docket, and defendants would like to proceed with the January 10, 2025 date to keep this case moving.  Plaintiff has been serving defendants by mail through the US Marshall and if defendants accept service by mail, the date by which a defendant must respond to the complaint is 60 days from the date that defendant accepts service by mail by returning the appropriate form to the US Marshall.  This is the first request for the relief sought herein.

Respectfully submitted,

*/s/ James L. Bernard*

James L. Bernard

Partner
james.bernard@hoganlovells.com
D 212-918-3121

Cc:

Mr. John Peterec-Tolino (plaintiff pro se) (otispdriftwood407@gmail.com)
Messrs.: Kerry Cooperman, Esq. and Kenneth Fisher, Esq. (counsel for Penrose)
Mr. Nathan Taylor, Esq. (counsel for the municipal defendants)
Mr. Gary Eisenberg, Esq. (counsel for Riseboro)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.  Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com