```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOHN PETEREC-TOLINO,

        Plaintiff,

24-cv-6911 (JGK)

ORDER

- against -

PENNROSE, LLC, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference on **January 15, 2025**, at **3:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:   New York, New York
        January 6, 2024

                              John G. Koeltl
                            United States District Judge