

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nathan Taylor
phone: 212-356-2315
fax: 212-356-2089
email: ntaylor@law.nyc.gov
(not for service)

January 8, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Peterec-Tolino v. Pennrose LLC, et al.*, 24 cv 06911 (JGK)

Dear Judge Koeltl,

      I write on behalf of all Defendants in the above referenced matter to request an adjournment of the answering deadline that is currently set for January 10, 2025. ECF Document No. 14. On January 2, 2025, the undersigned filed a letter requesting a pre-motion conference in anticipation of the City Defendants' forthcoming motion to dismiss the complaint. ECF doc. 16. Yesterday, January 7, 2025, the Court directed the parties to appear at a telephone conference on January 15, 2025. In light of the scheduled conference, I respectfully request that the Court adjourn the answering deadline, with new dates to be set at the January 15th pre-motion conference.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      s/

      Nathan Taylor
      Assistant Corporation Counsel

cc: John Peterec-Tolino
(via regular mail and email)

All counsel of record
(via ECF)