

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Nathan Taylor**<br>phone: 212-356-2315<br>fax: 212-356-2089<br>email: ntaylor@law.nyc.gov<br>(not for service) |

January 8, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

1/9/25   /s/ John G. Koeltl, U.S.D.J.

Re: *Peterec-Tolino v. Pennrose LLC, et al.*, 24 cv 06911 (JGK)

Dear Judge Koeltl,

      I write on behalf of all Defendants in the above referenced matter to request an adjournment of the answering deadline that is currently set for January 10, 2025. ECF Document No. 14. On January 2, 2025, the undersigned filed a letter requesting a pre-motion conference in anticipation of the City Defendants' forthcoming motion to dismiss the complaint. ECF doc. 16. Yesterday, January 7, 2025, the Court directed the parties to appear at a telephone conference on January 15, 2025. In light of the scheduled conference, I respectfully request that the Court adjourn the answering deadline, with new dates to be set at the January 15th pre-motion conference.

      Thank you for your consideration of this matter.

Respectfully submitted,

s/

Nathan Taylor
Assistant Corporation Counsel

cc:     John Peterec-Tolino
        (via regular mail and email)

        All counsel of record
        (via ECF)