UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PETEREC-TOLINO,

                Plaintiff,

    - against -

PENNROSE, LLC, ET AL.,

                Defendants.

24-cv-6911 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the plaintiff may file a Second Amended Verified Complaint on or before **February 14, 2025**. The defendants should move or answer by **March 7, 2025**. No pre-motion conference is necessary. The plaintiff should respond by **March 28, 2025**. The defendants may reply by **April 11, 2025**. If the defendants do not file a motion to dismiss, they should submit a 26(f) report by **March 28, 2025**.

Service of any papers on the plaintiff should be done through his email: otispdriftwood407@gmail.com.

SO ORDERED.

Dated:    New York, New York
           January 15, 2025

                                            John G. Koeltl
                                      United States District Judge