

| | THE CITY OF NEW YORK | |
|---|---|---|
| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Derek Segars**<br>phone: 212-356-2310<br>fax: 212-356-2089<br>email: dsegars@law.nyc.gov<br>(not for service) |

February 19, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/20/25

Re:   *Peterec-Tolino v. Pennrose LLC, et al.*, 24 cv 06911 (JGK)

Dear Judge Koeltl,

      I represent the municipal Defendants in the above referenced matter. I write to request an adjournment of the response deadlines currently set for March 7, 2025. ECF Document No. 22. On February 14, 2025, Plaintiff filed an Amended Complaint joining the United States Fish and Wildlife Service as an additional Defendant to this lawsuit. In light of the United States being added as a Defendant, judicial economy would best be served by allowing the Plaintiff to serve the complaint on the added Defendant, for the parties to have an opportunity to confer, and for the court to set a coordinated briefing schedule with the participation of all parties. Thus, we respectfully request that the Court adjourn the response deadline, with new dates to be set once the United States has appeared in the case. All Defendants who have already appeared join in this request.

      Thank you for your consideration of this matter.

Respectfully submitted,

*Derek D. Segars*

Derek Segars
Assistant Corporation Counsel

cc:     John Peterec-Tolino
        (via regular mail and email)

        All counsel of record
        (via ECF)