UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (SDNY)

RE: JOHN PETEREC-TOLINO v PENNROSE LLC; et al.

CASE NO. 24-CV-06911 (JGK) (SDA)

-------------------------------------------------------------------------------

Honorable: John G. Koeltl

United States District Court Justice

Honorable: Stuart D. Aaron

United States District Court Magistrate Justice

500 Pearl Street, New York, N.Y. 10007

Dear Judge Koeltl & Magistrate Aaron, I, John Peterec-Tolino am the Plaintiff/ Petitioner in the above stated case. I write to inform the Court with my full apologies that I am hereby withdrawing the following claims as causes of action(s) in my Second Amended Verified Complaint filed on Friday, February 14th, 2025. They are the following: 1)-The City of New York's False Claims Act under § 7-804, 2)-Civil Fraud by Omission, 3)-Civil Constructive Fraud. This due to the inability to comply with Federal Rule of Civil Procedure 12 (b)(6). All remaining claims stay as is.

Respectfully submitted,

*John Peterec - Tolino*

John Peterec-Tolino,  otispdriftwood407@gmail.com, (917) 628-7300.

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (S.D.N.Y.)

Re: John Peterec Tolino v Pennrose LLC; et al.   Case No. 24-CV-6911 (JGK)

**AFFIRMATION OF SERVICE**

Plaintiff Pro Se Affirms that defendants were served the attached statement of: WITHDRAWAL OF CLAIMS AS CAUSAES OF ACTION(S) FOR 1)-THE CITY OF NEW YORK'S 'FALSE CLAIMS ACT' UNDER § 7-804, 2)-CIVIL FRAUD BY OMISSION, 3)-CIVIL CONSTRUCTIVE FRAUD. All were served electronically at the following: ntaylor@law.nyc.gov, dsegars@law.nyc,gov, KCooperman@cozen.com. james.bernard@hoganlovells.com, KFisher@cozen.com, GEisenberg@perkinscoie.com, creo@law.nyc.gov, daniel.whalen@hoganlovells.com, & lastly, Interior_Press@ois.doi.gov on Friday, February, 28th, 2025.

Respectfully Submitted,

*John Peterec-Tolino*

244 Fifth Avenue Apt. J-292,
New York, N.Y. 10001
(917) 628-7300  otispdriftwood407@gmail.com