UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (SDNY)

RE: JOHN PETEREC-TOLINO v PENNROSE LLC; et al.

CASE NO. 24-CV-06911 (JGK) (SDA)

---

Honorable: John G. Koeltl

United States District Court Justice

Honorable: Stuart D. Aaron

United States District Court Magistrate Justice

500 Pearl Street, New York, N.Y. 10007

Courtroom 14-A

**REQUEST FOR STATUS**

**OF SERVICE**

Dear Judge Koeltl & Magistrate Aaron, I, John Peterec-Tolino am the Plaintiff/ Petitioner in the above stated case. I write to ask this Honorable Court for status of ordering the Court Clerk to providing Service of Summonses and the Second Amended Verified Complaints to the US Marshals for process service upon the US Fish & Wildlife Service and the US Department of the Interior (which are at the same Washington D.C. address)

When I filed my Second Amended Verified Complaint (and thank-you judge Koeltl for granting me such at the phone conference), back on Friday 14th, 2025, I also submitted and filed two (2) USM-285 US Marshals Process Receipt & Return forms, one for the US Fish & Wildlife Service and the other for the US Department of the Interior.

1

However, being the US Fish & Wildlife Service is a division within the US Department of the Interior ( having that same Washington D.C. address), only the US Fish & Wildlife Service is the new and added defendant as only they can designate what is 'critical habitat' for an endangered species which the Monarch Butterfly will soon be categorized as, any day now.

All defendants herein have agreed to delay the previous scheduling odor via the January phone conference so-as the US Fish & Wildlife Service can become a part of this case and its jurisdiction and to be conferred with. I hereby thank each defendant for extending that courtesy and not to keep them waiting, I am respectfully extending a pro-active approach so as to facilitate such as expeditiously as possible.

March 12th, 2025

Respectfully submitted,

*John Peterec-Tolino*

John Peterec-Tolino, Plaintiff/Petitioner

244 Fifth Avenue, # J-292

New York, N.Y. 10001

otispdriftwood407@gmail.com, (917) 628-7300.

2

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (S.D.N.Y.)

Re: John Peterec Tolino v Pennrose LLC; et al.   Case No. 24-CV-6911 (JGK) (SDA)

## AFFIRMATION OF SERVICE

Plaintiff Pro Se Affirms that defendants were all served the attached Request For Status of Service. All were served electronically at the following: ntaylor@law.nyc.gov, dsegars@law.nyc.gov, KCooperman@cozen.com, james.bernard@hoganlovells.com, KFisher@cozen.com, GEisenberg@perkinscoie.com, creo@law.nyc.gov, daniel.whalen@hoganlovells.com, & lastly, Interior_Press@ois.doi.gov on Wednesday, March 12th., 2025.

Respectfully Submitted,

_John Peterec-Tolino_

John Peterec-Tolino, Plaintiff/Petitioner

244 Fifth Avenue Apt. J-292,

New York, N.Y. 10001

(917) 628-7300   otispdriftwood407@gmail.com