**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: JOHN PETEREC-TOLINO | COURT CASE NUMBER: 24-cv-06911 (JGK) |
| DEFENDANT: PENNROSE, LLC, et al. | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT:** Pennrose LLC; Pennrose Development, LLC
ADDRESS: 1301 N. 31st Street, Philadelphia, PA 19121

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
John Peterec-Tolino
14 Straight Path, Rock Hill, NY 12775

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 7
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Alternate Address: 45 Main Street, Suite 539, Brooklyn, NY 11201 → Philly Phone # (267) 386-8643

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
John Peterec-Tolino
TELEPHONE NUMBER: (917) 628-7300
DATE: 1/3/25

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 54
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 2/27/25

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Donna Hale
Date: 3/12/2025  Time: 10:55 ☒ am  ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

U.S. DISTRICT COURT FILED MAR 14 2025

REMARKS:
1 HR × $65.00/hr = $65.00
6.6 mi R/T × .70 = $4.62

**PENNROSE**
Bricks & Mortar | Heart & Soul

Donna Hale

One Brewery Park
1301 North 31st Street
Philadelphia, PA 19121-4495

P: 267.386.8600
F: 267.386.8650

Pennrose.com

Form USM-285
Rev. 03/21