John Peterec-Tolino,    otispdriftwood407@gmail.com, (917) 628-7300.

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (SDNY)

---

JOHN PETEREC-TOLINO

    Plaintiff/Petitioner

                                  Case No. 24-CV-06911 (JGK) (SDA)

-against-

                                  **LETTER**

PENNROSE, LLC; et al.

    Defendants

---

Plaintiff/Petitioner, John Peterec-Tolino Affirms under penalty of perjury that a fully proffered USM-285 Form was filed at the Pro se office back on Friday, February 14th, 2025 right after filing the Second Amended Verified Complaint.

                                  Respectfully submitted,

                                  */s/ John Peterec-Tolino*

---

John Peterec-Tolino 244 Fifth Avenue, Suite J-292, New York, N.Y. 10001 Otispdriftwood407@gmail.com, (917) 628-7300.

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK (S.D.N.Y.)

Re: John Peterec Tolino v Pennrose LLC; et al.    Case No. 24-CV-6911 (JGK) (SDA)

### AFFIRMATION OF SERVICE

Plaintiff Pro Se Affirms that defendants were served the attached letter. All were served electronically on March 20th, 2025 at the following: ntaylor@law.nyc.gov, dsegars@law.nyc.gov, KCooperman@cozen.com james.bernard@hoganlovells.com, KFisher@cozen.com, GEisenberg@perkinscoie.com, creo@law.nyc.gov, daniel.whalen@hoganlovells.com, & lastly, Interior_Press@ois.doi.gov.

Respectfully Submitted,

_____John Peterec-Tolino_____

244 Fifth Avenue Apt. J-292,

New York, N.Y. 10001

(917) 628-7300   otispdriftwood407@gmail.com