UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PETEREC-TOLINO,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>PENNROSE, LLC; PENNROSE DEVELOPMENT, LLC; RISEBORO COMMUNITY PARTNERSHIP; HABITAT FOR HUMANITY – NEW YORK CITY; NEW YORK CITY MAYOR, ERIC ADAMS; CITY OF NEW YORK, COMMISSIONER OF HOUSING, PRESERVATION & DEVELOPMENT (HPD): ADOLFO CARRION JR.; FIRST DEPUTY MAYOR, MARIA TORRES-SPRINGER; THE CITY OF NEW YORK; THE US DEPARTMENT OF FISH & WILDLIFE SERVICE,<br><br>　　　　　Defendants. | Case No. 1:24-CV-06911-JGK<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

　　PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant Riseboro Community Partnership.

　　PLEASE TAKE FURTHER NOTICE that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: New York, New York
　　　　May 1, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Gary F. Eisenberg*
　　　　　　　　　　　　　　　　　　　　　　　Gary F. Eisenberg
　　　　　　　　　　　　　　　　　　　　　　　1155 Avenue of Americas, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10036-2711
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 262-6902
　　　　　　　　　　　　　　　　　　　　　　　geisenberg@perkinscoie.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Riseboro Community Partnership*