```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOHN PETEREC-TOLINO,

                Plaintiff,         24-cv-6911 (JGK)

    - against -                  ORDER

PENNROSE, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update on the status of the case by **July 22, 2025**. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
          July 1, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge