UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHN PETEREC TOLINO

                          Plaintiff,

-against-

PENNROSE, LLC; PENNROSE DEVELOPMENT, LLC;
RISEBORO COMMUNITY PARTNERSHIP; HABITAT
FOR HUMANITY – NEW YORK CITY; NEW YORK
CITY MAYOR, ERIC ADAMS; CITY OF NEW YORK,
COMMISSIONER OF HOUSING, PRESERVATION &
DEVELOPMENT (HPD): ADOLFO CARRION JR;
FIRST DEPUTY MAYOR, MARIA TORRES-
SPRINGER; THE CITY OF NEW YORK; and THE US
DEPARTMENT OF FISH & WILDLIFE SERVICE

                          Defendants.

--------------------------------------------------------------------------x

Case No.: 24-CV-6911 (JGK)

**SUGGESTION OF DEATH OF PLAINTIFF JOHN PETEREC-TOLINO UPON THE RECORD UNDER RULE 25(A)(1)**

**PLEASE TAKE NOTICE** that pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the Office of the Corporation Counsel of the City of New York, counsel for defendants New York City Mayor Eric Adams, the City of New York Commissioner of Housing Preservation & Development (HPD) Adolfo Carrion, First Deputy Mayor Maria Torres-Springer and the City of New York (collectively, the "Municipal Defendants"), affirms the truth of the following:

By email dated June 14, 2025, plaintiff's spouse, Mrs. Sherri Peterec, represented to defendants that plaintiff, John Peterec-Tolino, had passed away;

**WHEREFORE**, the Office of the Corporation Counsel of the City of New York, suggests upon the record that plaintiff John Peterec-Tolino is deceased; and

**WHEREFORE**, the Office of the Corporation Counsel of the City of New York, hereby requests, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that any motion for

substitution of a proper party be timely made within (90) days or the action is subject to dismissal by the Court.

Dated: New York, New York
       July 11, 2025

                                 **MURIEL GOODE-TRUFANT**
                                 Corporation Counsel of the City of New York

                             By: _/s/ Derek D. Segars_
                                 Derek D. Segars (NY Bar No. 6091029)
                                 Assistant Corporation Counsel
                                 dsegars@law.nyc.gov
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 356-2310

                                 *Attorney for the City of New York*