UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

JOHN PETEREC TOLINO

                              Plaintiff,      Case No.: 24-CV-6911 (JGK)

       -against-                     **AFFIRMATION OF SERVICE**

PENNROSE, LLC; PENNROSE DEVELOPMENT, LLC;
RISEBORO COMMUNITY PARTNERSHIP; HABITAT
FOR HUMANITY – NEW YORK CITY; NEW YORK
CITY MAYOR, ERIC ADAMS; CITY OF NEW YORK,
COMMISSIONER OF HOUSING, PRESERVATION &
DEVELOPMENT (HPD): ADOLFO CARRION JR;
FIRST DEPUTY MAYOR, MARIA TORRES-
SPRINGER; THE CITY OF NEW YORK; and THE US
DEPARTMENT OF FISH & WILDLIFE SERVICE

                              Defendants.
----------------------------------------------------------------------x

I, James Jenkins, Office Clerk at the Office of Corporation Counsel for the City of New York, declare under penalty of perjury that on July 11, 2025, I sent, by certified mail, a copy of Electronic Case Filing ("ECF") Docket No. 45 ("Suggestion of Death") to 244 5th Ave, Suite J-292, New York, NY 10001 (Certified Mail Receipt No. 95890710527017250324), the address the late Plaintiff provided when commencing this lawsuit. Pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure, I also served the document on the late pro se Plaintiff's next of kin, Mrs. Sherri Peterec, via mail at the following addresses: P.O. Box 4171, Middletown, NY 10941 (Tracking No. ER218287097US); and 14 Straight Path, Rock Hill, NY 12775 (Certified Mail Receipt No. 70220410000327108728) on July 11, 2025.

Dated: New York, New York
       July 16, 2025

                                            **MURIEL GOODE-TRUFANT**
                                            Corporation Counsel of the City of New York

                                            By: *James Jenkins*
                                                 James Jenkins
                                                 Office Clerk
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 356-1143