

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

July 17, 2025

```
Application Granted. SO ORDERED.

Dated:   July 18, 2025           /s/ John G. Koeltl
         New York, New York      John G. Koeltl, U.S.D.J.
```

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:    Peterec-Tolino v. Pennrose LLC, et al.
        1:24 cv 06911 (JGK)**

Dear Judge Koeltl:

We represent defendant Habitat for Humanity and write on behalf of defendants Habitat for Humanity, Pennrose Development, LLC, Riseboro Community Partnership and the City of New York. We write in response to the Court's Order, dated July 1, 2025, which directs the parties to file a status report by July 22, 2025.

On June 14, 2025, we were informed in an e-mail sent to the undersigned by Plaintiff John Peterec-Tolino's spouse that he had passed away. On July 11, 2025, the City filed a Suggestion of Death pursuant to Rule 25 of the Federal Rules of Civil Procedure and on July 16, 2025, the City filed an Affirmation of Service for that Suggestion of Death to the late Plaintiff's home address, and the address of his next of kin.

Because the matter is currently without a Plaintiff, we ask that it be stayed for 90 days – the time for any other person to move to substitute for the late Mr. Peterec-Tolino as Plaintiff under Fed. R. Civ. P 25(a). If such motion is filed, the parties can reconvene to determine a briefing schedule at that time. If no such motion is filed, the matter must be dismissed under FRCP 25(a)(1).

Respectfully submitted,

*[signature]*

James L. Bernard

Partner
james.bernard@hoganlovells.com
D 212-918-3121

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com.

\\4140-3164-5278  v1

The Honorable John G. Koeltl — - 2 - — July 17, 2025

cc:

Mrs. Peterec (spouse of plaintiff pro se) (otispdriftwood407@gmail.com)
Messrs.: Kerry Cooperman, Esq. and Kenneth Fisher, Esq. (counsel for Pennrose)
Mr. Nathan Taylor, Esq. (counsel for the municipal defendants)
Mr. Gary Eisenberg, Esq. (counsel for Riseboro)
Mr. Derek Segars, Esq. (counsel for the City)