UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN PETEREC-TOLINO,

               Plaintiff,          24-cv-6911 (JGK)

    - against -                        ORDER

PENNROSE, LLC, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

On July 11, 2025, the Court received a suggestion of death indicating that the plaintiff had passed away. ECF No. 45. On July 18, 2025, the Court granted the defendants' request to stay the case for 90 days to allow substitution for the deceased plaintiff. ECF No. 49.

To date, no substitute plaintiff has been timely made within 90 days. This case is **dismissed without prejudice** in view of the plaintiff's death.

SO ORDERED.
Dated:    New York, New York
            October 21, 2025

                                                 John G. Koeltl
                                       United States District Judge